Territorial Law Library

## IN THE SUPERIOR COURT OF GUAM

JOSEPH D. LOPEZ, SR.,                )
                                     )
                    Plaintiff.       )     CASE NO. CV1179-11
                                     )
          v.                         )
                                     )     DECISION AND ORDER
                                     )     RE: MOTION FOR
                                     )     DISQUALIFICATION
ADRIAN P. CRUZ, PAUL ROMIAS,         )
and RLC INTERNATIONAL, LLC.          )
                                     )
                    Defendants,      )
                                     )

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III, on December 10, 2012 on Defendant Paul Romias' Objection to this Court presiding over the proceedings. The Court now issues its Decision and Order.

## FACTUAL BACKGROUND

On June 14, 2012, this Court issued its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105- 6106. On November 27, 2012, Defendant Romias filed with the Court his objection to this Court presiding over the above-captioned matter.

## CONCLUSION

There being no opposition to the Motion to Disqualify the Court from the above-captioned matter, Defendants' Motion is hereby GRANTED and the matter will be put before another Court pursuant to 7 G.C.A. § 6107.

Decision and Order
Case No. CV1179-11

It is **SO ORDERED** this 19th day of December, 2012.

DEC 1 9 2012

HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam

DEC 1 9 2012

Esther L. Pinaula
Deputy Clerk, Superior Court of Guam